IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ONEILA VICKI BYRD** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV121 LG-JMR** |
| | § | |
| **SAM'S EAST, INC.** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment [20], the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant pursuant to F̲ED̲. R. C̲IV̲. P. 56. Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE